No. 1,911.—MIRACLE, RESPONDENT, *v.* PALMER ET AL., APPELLANTS.

*Appeal from District Court, Lewis and Clarke County; Henry C. Smith, Judge.*

Decided November 20, 1903.

PER CURIAM.—It is ordered and adjudged that the judgment of the court below made and entered on the 27th day of No-

vember, A. D. 1901, be and the same is hereby reversed and the cause remanded in accordance with the stipulation on file.

*Messrs. Toole & Bach,* for Appellants.

*Messrs. Nolan & Loeb,* for Respondent.